AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| THE CALIFORNIA NATURAL RESOURCES AGENCY, THE CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY, PEOPLE OF THE STATE OF CALIFORNIA, ex rel ATTORNEY GENERAL XAVIER BECERRA<br>*Plaintiff(s)*<br>v.<br>WILBUR ROSS, in his official capacity as Secretary of Commerce; CHRIS OLIVER, in his official capacity as Assistant Administrator for Fisheries at the National Oceanic and Atmospheric Administration; et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
WILBUR ROSS, Secretary
U.S. Department of Commerce
1401 Constitution Ave NW
Washington, D.C. 20230
(see attachment for additional defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SARA D. VAN LOH, Deputy Attorney General
DANIEL M. FUCHS, Deputy Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612-0550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                      *Signature of Clerk or Deputy Clerk*

## Additional Defendants

CHRIS OLIVER
Assistant Administrator for Fisheries
National Oceanic and Atmospheric Administration
1315 East-West Highway, 14th Floor
Silver Spring, MD 20910

NATIONAL MARINE FISHERIES SERVICE
1315 East-West Highway, 14th Floor
Silver Spring, MD 20910

DAVID BERNHARDT
Secretary
U.S. Department of the Interior
1849 C Street NW
Washington, D.C. 20240

AURELIA SKIPWITH
Director
U.S. Fish and Wildlife Service
1849 C Street NW, Room 3358
Washington, D.C. 20240

U.S. FISH AND WILDLIFE SERVICE
1849 C Street NW
Washington, D.C. 20240

BRENDA BURMAN
Commissioner
U.S. Bureau of Reclamation
1849 C Street NW
Washington, D.C. 20240

U.S. BUREAU OF RECLAMATION
1849 C Street NW
Washington, D.C. 20240